1

2                                                    Honorable Ricardo S. Martinez

3

4

5

6

7

8

9

10              UNITED STATES DISTRICT COURT FOR THE
                   WESTERN DISTRICT OF WASHINGTON
11                             AT SEATTLE

12

13   UNITED STATES OF AMERICA,              NO. CR17-276RSM

14                      Plaintiff,          **ORDER CONTINUING TRIAL DATE
                                            AND PRETRIAL MOTIONS
15                                          DEADLINE**
         v.
16
     FEDIR OLEKSIYOVICH HLADYR,
17
                        Defendant.
18

19

20          THE COURT, having considered the Stipulated Motion to Continue Trial Date

21   and Deadline to File Pretrial Motions, any responses, filings, or memoranda related

22   thereto, and all the files and records herein, finds as follows:

23          1.      The facts and circumstances are as set forth in the Stipulated Motion to

24   Continue Trial Date and Deadline to File Pretrial Motions;

25          2.      Failure to grant a continuance in this case will deny counsel the reasonable

26   time necessary for effective preparation of trial and other pretrial proceedings, taking into

27   account the exercise of due diligence;

28          3.      Failure to grant a continuance would likely result in a miscarriage of

     justice, and the case is complex due to such factors as the number of defendants;

*U.S. v. Hladyr*, CR17-276RSM                              UNITED STATES ATTORNEY
Order - 1                                                  700 STEWART STREET, SUITE 5220
                                                           SEATTLE, WASHINGTON 98101
                                                           (206) 553-7970

1

2        4.     The ends of justice served by granting this continuance outweigh the best

3 interest of the public and the defendants in a speedy trial;

4        5.     All these findings are made within the meaning of 18 U.S.C.

5 § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

6        6.     The period of time from the filing date of the Stipulated Motion to

7 Continue Trial Date and Deadline to File Pretrial Motions until the new trial date, set

8 forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C.

9 § 3161(h)(7)(A).

10       IT IS THEREFORE ORDERED that:

11        1.     The trial in this matter is continued to October 22, 2018.

12        2.     Pre-trial motions are due no later than September 7, 2018.  Any pretrial

13 motion shall be noted for consideration on the third Friday after it is filed, with any

14 response thereto due no later than 14 days after filing of motions.

15        3.     The defendant shall immediately file with the Court a waiver of rights

16 under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through the aforementioned trial

17 date, consistent with this Order.

18       DONE this 17th day of May, 2018.

19

20

21

22       RICARDO S. MARTINEZ
            CHIEF UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

1

2    Presented by:

3

4    */s/ Francis Franze-Nakamura*

5    FRANCIS FRANZE-NAKAMURA
     STEVEN MASADA

6    Assistant United States Attorneys

7
     ANTHONY TEELUCKSINGH

8    Trial Attorney
     Computer Crime and Intellection Property Section

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*U.S. v. Hladyr*, CR17-276RSM
Order - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970