UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FEDIR OLEKSIYOVYCH HLADYR,<br><br>    Defendant. | No.  CR 17-276-RSM<br><br>NOTICE OF ATTORNEY ASSOCIATION |

TO:    **CLERK OF THE UNITED STATES DISTRICT COURT; and**
TO:    **UNITED STATES ATTORNEY'S OFFICE**

PLEASE TAKE NOTICE that Emily M. Gause, from the GAUSE LAW OFFICES, PLLC, hereby associates with Matthew Furness and Arkady Bukh, on behalf of defendant Fedir Hladyr and requests that all discovery, pleadings, and notice of further proceedings also be served upon the undersigned attorney at the address below.

DATED this 5th day of September, 2019.

Respectfully submitted,

GAUSE LAW OFFICES, PLLC
s/ *Emily M. Gause*
Emily M. Gause, WSBA #44446
**GAUSE LAW OFFICES, PLLC**
130 ANDOVER PARK EAST, SUITE 300
TUKWILA, WASHINGTON  98188
206-660-8775 fax: 206-389-1708
Email: emily@emilygauselaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed Notice of Attorney Association with the clerk of the court using the CM/ECF system which will send notification of such filing to all parties of record.

Dated this 5th day of September, 2019.

*s/ Emily M. Gause*
Emily M. Gause, WSBA #44446
**GAUSE LAW OFFICES, PLLC**
130 ANDOVER PARK EAST, SUITE 300
TUKWILA, WASHINGTON  98188
206-660-8775 fax: 206-389-1708
Email: emily@emilygauselaw.com

NOTICE OF ATTORNEY ASSOCIATION - 2

**GAUSE LAW OFFICES, PLLC**
130 ANDOVER PARK EAST, SUITE 300
TUKWILA, WASHINGTON  98188
(206) 660-8775 • FAX: (206) 260-7050