The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FEDIR OLEKSIYOVICH HLADYR,<br><br>Defendant. | NO. CR17-276-RSM<br><br>**MOTION FOR ENTRY OF ORDER OF FORFEITURE**<br><br>NOTE ON MOTION CALENDAR:<br><br>April 9, 2021 |

The United States, by and through its undersigned counsel, moves pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b) and (c) for entry of a Preliminary Order of Forfeiture forfeiting, to the United States, Defendant Fedir Oleksiyovich Hladyr's interest in the following property:

1. A judgment for a sum of money in the amount of $100,000, representing, in part, the proceeds Defendant Hladyr obtained from his Conspiracy to Commit Wire Fraud offense. This sum of money is separate and distinct from the restitution that is ordered in this case.

This motion is based on the following procedural facts, which are reflected in the pleadings filed and docket entries made in this matter.

Motion for Entry of an Order of Forfeiture - 1
*United States v. Hladyr,* CR17-276-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On September 11, 2019, the Defendant entered a plea of guilty to Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, and Conspiracy to Commit Computer Hacking, in violation of 18 U.S.C. § 371. Dkt. No. 64. In his Plea Agreement, the Defendant agreed to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the above-identified sum of money in the amount of $100,000, which represents, in part, the proceeds he obtained as a result of his Conspiracy to Commit Wire Fraud offense. *Id*.

To comply with the timing requirements of Fed. R. Crim. P. 32.2(b)(2)(B) and (b)(4)(A)-(B), the United States now moves for entry of a Preliminary Order of Forfeiture forfeiting the Defendant's interest in the above-identified property. A proposed order is submitted with this motion.

DATED this 1st day of April, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 */s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Motion for Entry of an Order of Forfeiture - 2
*United States v. Hladyr,* CR17-276-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2021, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

 /s/ Donna R. Taylor
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Telephone:   (206) 553-4132
Donna.R.Taylor@usdoj.gov

Motion for Entry of an Order of Forfeiture - 3
*United States v. Hladyr,* CR17-276-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970