Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FEDIR OLEKSIYOVICH HLADYR, <br> Defendant. | No. CR17-276RSM <br><br> ORDER TO SEAL |

The Court having considered the Government's Motion to Seal requesting that the Government's Filing Relating to Defendant's Sentencing in this case be sealed,

It is hereby ORDERED that the Government's Filing Relating to Defendant's Sentencing be and remain sealed until further order of this Court.

DATED this 7th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney

ORDER TO SEAL - 1
U.S. v. HLADYR, CR17-276RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970