UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FEDIR OLEKSIYOVYCH HLADYR,
aka "Fedor Gladyr,"
aka "Fedit Oleksiyovych Gladyr,"
aka "Gladyr Fedir Oleksiyovych,"
aka "Gladyr Fedor Olekslyovich,"
aka "Fedor,"
aka "das,"
aka "Fyodor,"
aka "AronaXus.

        Defendant.

Docket No.: 2:17CR00276RSM-001

ORDER

The Court having considered Defendant's Motion to Conduct Sentencing Hearing By Videoconference, and upon the request and consent of the Defendant, the Court finds and concludes that, for the reasons stated in the Motion, the Sentencing Hearing in this case cannot be further delayed without substantial harm to the interests of justice.  Therefore, Defendant's Sentencing Hearing shall be conducted via videoconference and will occur on Friday, April 16, 2021 at 9:00 AM. The instructions to connect to the Sentencing Hearing by video will be

distributed via email to all counsel of record prior to the hearing. The Court has made arrangements with the detention center for the defendant to appear by video.

DATED this 7th day of April, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE