UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> FEDIR OLEKSIYOVYCH HLADYR, ) <br> aka "Fedor Gladyr," ) <br> aka "Fedit Oleksiyovych Gladyr," ) <br> aka "Gladyr Fedir Oleksiyovych," ) <br> aka "Gladyr Fedor Olekslyovich," ) <br> aka "Fedor," ) <br> aka "das," ) <br> aka "Fyodor," ) <br> aka "AronaXus, , ) <br> ) <br> Defendant. ) <br> ) | Docket No.: 2:17CR00276RSM-001 <br><br> **ORDER TO FILE** <br> **UNDER SEAL** |

Having reviewed and considered the Defendant's Unopposed Motion to Seal and because of the sensitive information contained in Defendant's Sentencing Memorandum;

It is hereby ORDERED that the Defendant's Sentencing Memorandum shall be filed and remain sealed until further order of the Court.

DATED this 8th day of April, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Arkady Bukh
_____
Bukh Law Firm PLLC
Attorneys for Defendant