UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FEDIR OLEKSIYOVICH HLADYR, <br><br> Defendant. | NO. CR17-276-RSM <br><br><br> **ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Preliminary Order of Forfeiture ("Motion"), seeking to forfeit, to the United States, Defendant Fedir Oleksiyovich Hladyr's interest in the following property:

1. A judgment for a sum of money in the amount of $100,000, representing, in part, the proceeds Defendant Hladyr obtained from his Conspiracy to Commit Wire Fraud offense. This sum of money is separate and distinct from the restitution that is ordered in this case.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS that entry of a Preliminary Order of Forfeiture is appropriate because:

Order of Forfeiture - 1
*United States v. Hladyr,* CR17-276-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) by way of 28 U.S.C. § 2461(c);
- In his Plea Agreement, Defendant Hlaydr agreed to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the above-identified sum of money in the amount of $100,000, which represents, in part, the proceeds he obtained as a result of his Conspiracy to Commit Wire Fraud offense (Dkt. No. 64, ¶ 7);
- This sum of money is personal to the Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B) and 1030(i), 28 U.S.C. § 2461(c), and his Plea Agreement, Defendant Hlaydir's interest in the above-identified sum of money in the amount of $100,000 is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order will become final as to the Defendant at the time he is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3) No right, title, or interest in the above-identified sum of money in the amount of $100,000 exists in any party other than the United States;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy the $100,000 sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $100,000; and,

//

//

Order of Forfeiture - 2
*United States v. Hladyr,* CR17-276-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5) The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED

DATED this 9th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

 */s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Order of Forfeiture - 3
*United States v. Hladyr,* CR17-276-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970