The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>FEDIR OLEKSIYOVYCH HLADYR,<br><br>Defendant. | NO. CR17-276 RSM<br><br>ORDER GRANTING MOTION TO PROVIDE UNITED STATES WITH COPIES OF SEALED EXHIBITS |
|---|---|

The Court, having reviewed the Motion to Provide United States with Copies of Sealed Exhibits, hereby GRANTS the Motion and ORDERS the Clerk of the Court to provide a copy of the sealed documents at Docket No. 101 to counsel for the United States: Lyndsie R. Schmalz, at lyndsie.r.schmalz@usdoj.gov.

DATED this 29th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney

Order Granting Motion to Provide Copies of Sealed Materials - 1
*United States v. Hladyr,* CR17-276-RSM
USAO No. 2024v00747

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060 553-7970